IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY A. HALL,

     Plaintiff,               No. CIV S-07-2375 LKK GGH P

     vs.

T. FELKER, et al.,

     Defendants.          ORDER

_____/

         On May 19, 2008, defendants filed a request for an extension of time to file a reply to plaintiff's opposition to their motion to dismiss filed April 29, 2008.  The court has not received an opposition from plaintiff.

         Accordingly, IT IS HEREBY ORDERED that:

         1.  Plaintiff shall file his opposition to defendants' motion to dismiss within ten days of the date of this order;

         2.  Defendants' May 19, 2008, request for extension of time is denied as unnecessary.

DATED:  05/27/08

                  /s/ Gregory G. Hollows

hall2375.ord                       UNITED STATES MAGISTRATE JUDGE

1