IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY A. HALL,

    Plaintiff,                 No. CIV S-07-2375 LKK GGH P

    vs.

T. FELKER, et al.,

    Defendants.            <u>ORDER</u>

_____/

       By order filed March 19, 2009, Judge Karlton adopted the findings and recommendations, filed August 21, 2008, which denied defendant Clark's motion to dismiss; therefore, defendant Clark is ordered to file an answer to the complaint within thirty days of the filed date of this order.

DATED: March 24, 2009

                                         /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE

GGH:035
hall2375.ans

1